NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRADESTATION GROUP, INC., TRADESTATION SECURITIES, INC., IBG LLC, INTERACTIVE BROKERS, LLC,**
*Appellants*

v.

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Cross-Appellant*

---

2017-1732, -1766, -1769

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2015-00161, CBM2016-00035.

---

**ON MOTION**

---

**O R D E R**

Cross-Appellant Trading Technologies International, Inc. moves unopposed to withdraw the appearances of Erika H. Arner and Cory C. Bell.

Upon consideration thereof,

2   TRADESTATION GROUP, INC. v. TRADING TECHNOLOGIES INTL.

IT IS ORDERED THAT:

1)  The motion is granted.

2)  The entry of appearance, submitted on May 15, 2017, designating Leif R. Sigmond, Jr. as principal attorney is accepted for filing.

FOR THE COURT

 May 17, 2017          /s/ Peter R. Marksteiner
    Date              Peter R. Marksteiner
                             Clerk of Court